**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 26-26425-CIV-CANNON**

**LEANDRO RAMIREZ RUIZ**,

Petitioner,

v.

**DIRECTOR AND SENIOR OFFICIAL, UNITED STATES IMMIGRATION AND CUSTOM ENFORCEMENT**, ***et al.***,

Respondents.
_______________________________________/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. Petitioner Leandro Ramirez Ruiz ("Petitioner"), an immigration detainee currently detained at the Miami Federal Detention Center in Miami, Florida, filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging this immigration detention [ECF No. 1].

To permit proper consideration of the Petition, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. On or before **October 16, 2026,** Respondents shall file a written notice with the Court indicating (a) the names and addresses of the attorneys to whom this case has been assigned; and (b) documentation showing that any records relevant to Petitioner's claim have been requested.

2. On or before **November 13, 2026**, Respondents shall file a memorandum of fact and law to show cause why the instant petition should not be granted and shall file therewith all documents and transcripts necessary for the resolution of this matter.

3. Respondents **SHALL NOT** caption the response as a "Motion to Dismiss."

4. Petitioner may, but is not required to, file a reply. The reply must be **filed within 14 days** of the date on which the Court dockets the Respondents' response. If the reply is not filed within **14 days** of the date on which the Response is docketed, the Court will deem the matter submitted. The Court will not consider an untimely reply. *See* Rule 5(e), Rules Governing Section 2254 Cases in the United States District Courts ("The petitioner may file a reply to the respondent's answer or other pleading. The judge must set the time to file unless the time is already set by local rule."); *see also* Rule 1(b), Rules Governing Section 2254 Cases in the United States District Courts ("The district court may apply any or all of these rules to a [§ 2241 petition].").

5. The body of the reply, if filed, shall not exceed **ten (10) pages** and shall otherwise comply with the Court's applicable Local Rules governing the form of filings. *See* S.D. Fla. L.R. 7.1(c)(2); *see also* S.D. Fla. L.R. 5.1(a).

6. **The Clerk is directed to MAIL a copy of this Order to Petitioner at the address listed below and file a Notice of Compliance**.

**ORDERED** in Chambers in Fort Pierce, Florida, this 6th day of October 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: **Leandro Ramirez Ruiz,** ***pro se***
A# 037477715
Miami Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, Florida 33101

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov